**Jaburg & Wilk, P.C.**
1850 N. Central Avenue, 12th Floor
Phoenix, AZ 85004
602.248.1000

Nathan D. Meyer (020583)
ndm@jaburgwilk.com
K. Michelle Ronan (028923)
mir@jaburgwilk.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Neal,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>USAA General Indemnity Company,<br><br>　　　　　Defendant. | Case No. 4:22-cv-00509-AMM<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>(Honorable Angela M. Martinez) |

　　　　The parties, through undersigned counsel, stipulate and agree that the above-captioned matter may be dismissed, with prejudice, each party to bear its own costs and attorney fees.

　　　　DATED this 26th day of June, 2024.

　　　　　　　　　　　　　　　　**Jaburg & Wilk, P.C.**

　　　　　　　　　　　　　　　　*/s/ K. Michelle Ronan*
　　　　　　　　　　　　　　　　Nathan D. Meyer
　　　　　　　　　　　　　　　　K. Michelle Ronan
　　　　　　　　　　　　　　　　*Attorneys for Defendant*

17722-17722-00199\PXL\PXL\5991663v2

**Wattel & York**

*/s/ Michael L. York w/ permission*
Michael L. York
David H. Cluff
*Attorneys for Plaintiff*

*Certificate of Service*

I hereby certify that on the 26th day of June, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael L. York
David H. Cluff
WATTEL & YORK
2175 N. Alma School Rd., #B107
Chandler, AZ 85224
ME-Pima@wattelandyork.com
M.York@wattelandyork.com
david@cluffinjurylawyers.com
*Attorneys for Plaintiff*

*/s/ Patty Loisel*

2

17722-17722-00199\PXL\PXL\5991663v2