# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Neal,<br><br>          Plaintiff,<br><br>v.<br><br>USAA General Indemnity Company,<br><br>          Defendant. | NO. CV-22-00509-TUC-JAS (AMM)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

                              Debra D. Lucas
                              District Court Executive/Clerk of Court

June 27, 2024

                         By   s/ C. Ortiz
                              Deputy Clerk